# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| CARL ROBERT CARSON, JR., ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> No. 18-1902C <br> (Judge Somers) |

## DEFENDANT'S MOTION FOR A STAY
## OF FURTHER PROCEEDINGS DUE TO A LAPSE IN APPROPRIATIONS

The United States of America hereby moves for a stay of further proceedings in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of further proceedings in the above-captioned case until Congress has restored appropriations to the Department.

4.      If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.  The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5.      Counsel for the parties have conferred and plaintiffs counsel states that they oppose this motion because they believe it is premature at this time.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of further proceedings in the above-captioned case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

s/ Reginald T. Blades, Jr.

_____
REGINALD T. BLADES, JR.
Assistant Director

s/ Joseph A. Pixley

_____
JOSEPH A. PIXLEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone:  (202) 307-0843
Email: joe.pixley@usdoj.gov

October 1, 2025                          Attorneys for Defendant